No. 92–8361.  HIGGASON *v.* FARLEY, SUPERINTENDENT, INDIANA STATE PRISON, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 92–8374.  LEADY *v.* ARMONTROUT, ASSISTANT DIRECTOR/ZONE II, MISSOURI DIVISION OF ADULT INSTITUTIONS, ET AL. C. A. 8th Cir.  Certiorari denied.

No. 92–8375.  MOSBY *v.* GETTY ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 92–8376.  SLAPPEY *v.* WITHROW, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 92–8377.  TAYLOR *v.* COOPER, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 92–8381.  LANGDON *v.* GRATEFUL DEAD.  C. A. 2d Cir. Certiorari denied.

No. 92–8382.  LANGDON *v.* BUFFALO BILLS.  C. A. 2d Cir.  Certiorari denied.

No. 92–8384.  JENSEN *v.* DELO, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 92–8397.  FRESHOUR *v.* RADCLIFF ET AL.  C. A. 6th Cir. Certiorari denied.

No. 92–8398.  GREEN *v.* WESTERN PSYCHIATRIC.  C. A. 3d Cir. Certiorari denied.

No. 92–8399.  JONES *v.* GRANT, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 92–8400.  JENKINS *v.* NEW YORK.  Sup. Ct. N. Y., Bronx County.  Certiorari denied.

No. 92–8402.  JACKSON *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 92–8417.  BEZEAU *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 6th Cir.  Certiorari denied.